1086

THE STATE OF WASHINGTON, *Respondent*, v. MARK A. BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-01651-3, Gerald L. Knight, J., entered October 23, 1997. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. KIRK R. ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-04799-1, Richard A. Jones, J., entered December 16, 1997. *Dismissed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. CHERRIE L. FULLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-03325-6, Linda Lau, J., entered January 23, 1998. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. T.Z., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-07170-6, Patricia Clark, J., entered February 5, 1998. *Affirmed* by unpublished per curiam opinion.